# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MANITTO TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ALPINE ELECTRONICS OF AMERICA, INC..<br><br>    Defendant. | Civil Action No. 2:15-cv-1989<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

WHEREAS, Plaintiff, Manitto Technologies, L.L.C. ("Plaintiff") and Defendant, Alpine Electronics of America, Inc. ("Defendant") have resolved Plaintiff's claims for relief against Defendant asserted in this case. Under Federal Rule of Civil Procedure 41(a), Plaintiff dismisses its claims against Defendant with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: December 21, 2015

Respectfully submitted,

/s/ Califf Cooper
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Califf T. Cooper
Texas Bar No. 24055345
califf@ahtlawfirm.com

ANTONELLI, HARRINGTON & THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

*ATTORNEYS FOR PLAINTIFF*
*MANITTO TECHNOLOGIES LLC*

<strong><u>CERTIFICATE OF SERVICE</u></strong>

I hereby certify that all counsel of record have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 21, 2015.

*/s/ Califf T. Cooper*
Califf T. Cooper